

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SHAWN RAYMOND CLARK<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-1225<br>Fax: (212) 788-9776<br>sclark@law.nyc.gov |

January 10, 2012

**BY ECF**
Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Ramel King v. City of New York, et al.</u>
              12-CV-4322 (RJD)(VVP)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, attorney for City defendants. The parties in this action have reached a settlement agreement in the above-referenced matter. To that end, I respectfully enclose the executed Stipulation and Order of Dismissal for Your Honor's signature and filing.

      Defendants thank the Court for its time and consideration in this matter.

                            Respectfully submitted,

                            Shawn Raymond Clark
                            Assistant Corporation Counsel
                            Special Federal Litigation

cc:    Ugochukwu Uzoh (By ECF)
       Ugo Uzoh, P.C.
       304 Livingston Street
       Suite 2R
       Brooklyn, NY 11217
       718-874-6045
       Fax: 718-576-2685

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

RAMEL KING,

                                Plaintiff,

                -against-

THE CITY OF NEW YORK, DETECTIVE RICHARD
ALERTE [SHIELD # 12008], UC # C0030, DETECTIVE
GASPAR SCIACCA [SHIELD #4136], SERGEANT
PATRICK DIVERS [SHIELD #1566], and JOHN DOE
and JANE DOE #1-6 (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                               Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 4322 (RJD) (VVP)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

UGO UZOH
*Attorney for Plaintiff*
304 Livingston Street, Suite 2R
Brooklyn, NY 11217

By: _____
    Ugo Uzoh
    *Attorney for Plaintiff*

Dated: New York, New York
           _____, 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm.
New York, New York 10007

By: _____
    Shawn Clark
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE